DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

CHRISTOPHER OLIVER CONDE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3164
_____

September 1, 2023

Appeal from the Circuit Court for Manatee County; Stephen Mathew
Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, LUCAS, and LABRIT, JJ., Concur.
_____

Opinion subject to revision prior to official publication.